UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,     CIVIL NO.: 11-11038

            Plaintiff,     HON. ROBERT H. CLELAND

v

KEVIN Y. BENDER, A.K.A. KEVIN YOUNG BENDER,

            Defendant.
_____/
SHERMETA, ADAMS & VON ALLMEN, P.C.
BY: Deborah A. Winslow (P58364)
Attorneys for Plaintiff
P.O. Box 80883
Rochester Hills, MI 48308
(248) 517-1700

KEVIN Y. BENDER, A.K.A. KEVIN YOUNG BENDER,
Defendant, In Pro Per
17303 Hoover St.
Detroit, MI 48205
_____/

## ORDER OF SUMMARY JUDGMENT

This matter is before the Court on the Motion of Plaintiff, United States of America, for Summary Judgment. The Court having received all pleadings, affidavits, exhibits, and the entire record finds Plaintiff's Motion to be well taken.

IT IS SO ORDERED, ADJUDGED AND DECREED that Plaintiff's Motion for Summary Judgment [Dkt. # 13] is Granted. Judgment shall issue in favor of the Plaintiff, United States of America, and against Defendant, KEVIN Y. BENDER, A.K.A. KEVIN YOUNG BENDER, in the amount of $4,904.03 as of September 28, 2011, plus pre-judgment interest, plus filing costs of $350.00, with post-judgment interest to run on the unpaid Judgment at the legal interest rate in effect on such date.

                                         s/Robert H. Cleland
                                         ROBERT H. CLELAND
                                         UNITED STATES DISTRICT JUDGE

Dated: September 30, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 30, 2011, by electronic and/or ordinary mail.

                                                 s/Lisa Wagner
                                                 Case Manager and Deputy Clerk
                                                 (313) 234-5522