# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiffs,

v.                                           Case No. 2:11-cv-11038

KEVIN Y. BENDER, a/k/a
Kevin Young Bender,

    Defendant.
                                        /

## JUDGMENT

In accordance with the court's September 30, 2011, "Order of Summary Judgment,"

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Plaintiff United States of America and against Defendant Kevin Y. Bender in the amount of $4,904.03 as of September 28, 2011, plus pre-judgment interest, plus filing costs of $350.00, with post-judgment interest to run on the unpaid Judgment at the legal interest rate in effect on such date. Dated at Detroit, Michigan, this 30th day of September, 2011.

                                                        DAVID J. WEAVER
                                                        CLERK OF THE COURT

                                               BY: s/Lisa Wagner
                                                    Lisa Wagner, Deputy Clerk
                                                    and Case Manager to
                                                    Judge Robert H. Cleland